

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th floor*
*New York, New York 10278*

July 29, 2025

**VIA ECF**



Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  **Re:** *United States v. Javakhir Sobirov*, 12 Cr. 881 (KPF)

Dear Judge Failla:

  The Government writes in connection with the defendant's motion to dismiss, which was filed on July 26, 2025. (Dkt. No. 65). The Government respectfully requests a period of thirty days to file its response.

           Respectfully submitted,

           JAY CLAYTON
           United States Attorney for the
           Southern District of New York

         By: /s/ Alexandra S. Messiter
           Alexandra S. Messiter
           Assistant United States Attorney
           (212) 637-2544

cc: Counsel of Record (Via ECF)

Application GRANTED.

The Government shall file its response on or before **August 29, 2025.**

Dated:      July 30, 2025                SO ORDERED.
            New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE