UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JAVAKHIR SOBIROV,<br><br>Defendant. | 12 Cr. 881 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received the parties' briefing on Defendant's motion to dismiss the superseding indictment. (Dkt. #65). The parties are hereby ORDERED to appear for oral argument regarding the motion on **October 8, 2025**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  September 16, 2025
        New York, New York

                                             KATHERINE POLK FAILLA
                                             United States District Judge