UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JAVAKHIR SOBIROV,<br><br>Defendant. | 12 Cr. 881-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference currently scheduled for October 8, 2025, is hereby ADJOURNED to **October 22, 2025**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  October 3, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge