UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JAVAKHIR SOBIROV,

Defendant.

12 Cr. 881-1 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephone conference regarding the Court's oral decision resolving Defendant's motion to dismiss the superseding indictment on **December 3, 2025**, at **10:00 a.m**.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

SO ORDERED.

Dated:   December 1, 2025
           New York, New York

KATHERINE POLK FAILLA
United States District Judge