UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAVAKHIR SOBIROV,

Defendant.

**ORDER**

12 Cr. 881 (KPF)

WHEREAS, with the consent of defendant Javakhir Sobirov, the defendant's guilty plea allocution was taken before United States Magistrate Judge Robyn F. Tarnofsky on August 5, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for: **December 16, 2026**, at **3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

Dated: August 6, 2026

New York, New York

Katherine Polk Failla

HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK